08-5520-pr
Tafari v. Annetts

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29ᵗʰ day of January, two thousand and ten.

Present: PIERRE N. LEVAL,
         CHESTER J. STRAUB,
         RICHARD C. WESLEY,
                    *Circuit Judges*.

_____

INJAH TAFARI,

                    *Plaintiff-Appellant*,

         - v. -                              (08-5520-pr)

PAUL W. ANNETTS, C.O. KERN, CATHERINE
JACOBSEN, JOSEPH LURENZ, DOE CHILL,
                    *Defendants-Appellees*,

DAVID L. MILLER, ROSEMARIE WENDLAND,
SHERYL BUTLER, WILLIAM D. BROWN, KAREN
LAFOLT, COMMISSIONER GLENN S. GOORD,
RICHARD ROY, JOHN W. CARVILL, CHARLES
M. DEVANE, JOHN H. NUTTALL, PETER
HEALY, THOMAS POOLE, JEAN YOST, S.
ZENZEN, LUCIEN J. LECLAIRE JR., ROCHE
FRANK, ZVI JACOB, ARTHUR MORGENSTERN,
                    *Defendants*.*

_____

---

 * The Clerk of the Court is directed to amend the official caption as set forth above.

1

For Appellant:                    INJAH TAFARI, *pro se*, Dannemora, New York.

For Appellee:                  ANDREW M. CUOMO, *Attorney General of the State of New York*; BARBARA D. UNDERWOOD, *Solicitor General*; MICHAEL S. BELOHLAVEK, *Senior Counsel*; ROBERT C. WEISZ, *Assistant Solicitor General of Counsel*, New York, New York.

Appeal from the United States District Court for the Southern District of New York (Daniels, *J.*, Peck, *M.J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the United States District Court for the Southern District of New York be **AFFIRMED.**

Plaintiff, Injah Tafari, *pro se* and *in forma pauperis*, appeals from a judgment of the district court granting summary judgment to defendants, employees of the New York State Department of Correctional Services ("DOCS"). Plaintiff also appeals an order denying his motion for a default judgment against defendants. Plaintiff alleges violations of his rights under the First, Eighth, and Fourteenth Amendments to the United States Constitution, and under the Religious Land Use and Institutionalized Persons Act.

Plaintiff claims that the named DOCS employees failed to fully accommodate his religious practices. Specifically,

2

he contends that defendants failed to transfer him to the Green Haven Correctional Facility, where he could obtain kosher food different from the kosher food with which he is currently provided, and that defendants failed to provide him with kosher meals during transit between correctional facilities on certain occasions. We presume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review *de novo* the grant of a motion for summary judgment. *Miller v. Wolpoff & Abramson, LLP*, 321 F.3d 292, 300 (2d Cir. 2003). This Court draws all inferences in favor of the nonmoving party, *Baker v. Home Depot*, 445 F.3d 541, 543 (2d Cir. 2006); however, "conclusory statements or mere allegations [are] not sufficient to defeat a summary judgment motion." *Davis v. New York*, 316 F.3d 93, 100 (2d Cir. 2002). On October 2, 2008, the district court granted summary judgment to defendants and adopted, in its entirety, the Report and Recommendation of the magistrate judge. The district court properly determined that defendants were entitled to summary judgment. We affirm for substantially the reasons stated in the magistrate judge's thorough Report and Recommendation of June 12, 2008.

3

We have considered plaintiff's challenge to the denial of his motion for default judgment, and find it to be unavailing. *See Shah v. N.Y. State Dep't of Civil Serv.*, 168 F.3d 610, 615 (2d Cir. 1999). Our disposition of this matter reflects "our oft-stated preference for resolving disputes on the merits." *Enron Oil Corp. v. Diakuhara*, 10 F.3d 90, 95 (2d Cir. 1993).

The Court has reviewed plaintiff's remaining arguments and finds them to be without merit. Accordingly, the judgment of the district court is hereby **AFFIRMED.**

For the Court
Catherine O'Hagan Wolfe, Clerk

4